**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**BRIAN HEATH GOMEZ**                                                                                      **PLAINTIFF**

**VERSUS**                                                                  **CIVIL ACTION NO. 1:22-cv-00279-RPM**

**HARRISON COUNTY, MISSISSIPPI, et al.**                                                          **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order entered this day and incorporated herein by reference, the Court hereby enters its Final Judgment in this civil action.

**IT IS, THEREFORE, ORDERED** that the Motion [50] for Summary Judgment Due to Plaintiff's Failure to Exhaust Administrative Remedies filed by Defendants Austin Welder, Patrick Beaver, and Jessica Sylvester is **GRANTED**.

**IT IS, FURTHER, ORDERED** that the Motion [52] for Summary Judgment filed by Defendant Harrison County, Mississippi, is **GRANTED**.

**IT IS, FURTHER, ORDERED** that Plaintiff Brian Heath Gomez's claims are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

**SO ORDERED AND ADJUDGED,** this 20th day of June, 2023.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE